JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. HURD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ, CDCR Secretary,<br><br>　　　　Respondent. | Case No. CV 20-3715-CJC (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 10, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE